

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                                          CR NO. 1:05-CR-10029-01-T

GILDARDO YBARRA-MORENO


ORDER ON CHANGE OF PLEA

This cause came on to be heard on June 9, 2005, Assistant U. S. Attorney, James W. Powell, appearing for the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in One (1) Count Indictment.

This case has been set for sentencing on **Thursday, September 8, 2005, at 8:45 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 9 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6/10/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10029 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT